IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KOVIN BEY, #91947,　)
*also known as* KOVIN BELL,　)
　)
　　Plaintiff,　)
　) Case No. 17−cv−00459−SMY
vs.　)
　)
MADISON COUNTY, ILLINOIS(circuit　)
court),　)
NEIL SHRODER,　)
KERI DAVIS,　)
MIKE HARE, and　)
LT. COURT,　)
　　Defendants.　)

# JUDGMENT IN A CIVIL CASE

**YANDLE, District Judge:**

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED with prejudice**, the parties to bear their own costs. This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g).

**DATED**: August 7, 2017

　　　　　　　　　　　　　　　　　　JUSTINE FLANAGAN, ACTING CLERK

　　　　　　　　　　　　　　　　　　By: s/Tammy McMannis
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

APPROVED: s/ STACI M. YANDLE
　　　　　　　United States District Judge